UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 06CR0733-GT |
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE |
| HECTOR MENDEZ-NAVARRO, | ) SENTENCING HEARING |
| Defendant. | ) |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Mendez-Navarro, who is in custody, be continued from June 13, 2008 at 9:00 a.m. until June 18, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

Dated: *June 9, 2008*

HONORABLE GORDON THOMPSON, JR.
United States District Judge